DeAnne Casperson, Esq. (ISB No. 6698)
dcasperson@workandwage.com
Amanda E. Ulrich, Esq. (ISB No. 7986)
aulrich@workandwage.com
Ryan S. Dustin, Esq. (ISB No. 8683)
ryandustin@workandwage.com
CASPERSON ULRICH DUSTIN PLLC
356 W. Sunnyside Rd., Suite B
Idaho Falls, ID 83402
Telephone: (208) 524-0566
Facsimile: (208) 745-2523

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STIVENSON MEZA,<br><br>            Plaintiff,<br><br>    v.<br><br>TODD HUNZEKER FORD MERCURY,<br>INC., an Idaho corporation,<br><br>            Defendant. | Case No. 4:19-cv-00174-WGY<br><br>Judge William G. Young<br><br>**JOINT MOTION AND STIPULATION<br>TO DISMISS WITH PREJUDICE** |

COME NOW, Plaintiff Stivenson Meza and Defendant Todd Hunzeker Ford Mercury, Inc.

by and through their attorneys of record and jointly move and stipulate that the above entitled

action may be dismissed with prejudice, with each party to bear their own costs and attorneys'

fees, on the grounds and for the reasons that the claims between the parties have been fully

compromised and settled.

DATED this 18th day of November, 2020.

                    CASPERSON ULRICH DUSTIN

                    */s/ Amanda E. Ulrich*

                    By:  Amanda Ulrich
                         Attorneys for Plaintiff Stivenson Meza

DATED this 3rd day of November, 2020.

                    EBERLE, BERLIN, KADING, TURNBOW
                      & MCKLVEEN, CHARTERED

                    */s/ Michael G. Brady*

                    By:  Michael G. Brady
                         Attorneys for Defendant
                           Todd Hunzeker Ford Mercury, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2020, I filed the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**DOCUMENT SERVED:**    **JOINT MOTION AND STIPULATION TO DISMISS WITH PREJUDICE**

**ATTORNEY(S) SERVED:**

Michael G. Brady
Thomas Cruz
EBERLE, BERLIN, KADING, TURNBOW
& MCKLVEEN, CHARTERED
1111 W. Jefferson Street, Suite 530
Post Office Box 1368
Boise, ID 83701
E-Mail: mbrady@eberle.com
        tcrtz@eberle.com


               /s/
               Amanda E. Ulrich
               CASPERSON ULRICH DUSTIN PLLC