UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STIVENSON MEZA,<br><br>                Plaintiff,<br><br>v.<br><br>TODD HUNZEKER FORD MERCURY, INC., an Idaho corporation,<br><br>                Defendant. | Case No. 4:19-cv-00174-WGY<br><br>Judge William G. Young<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT** |

On November 18, 2020, the parties filed a Joint Motion and Stipulation to Dismiss with Prejudice, Dkt. No. 20.

**IT IS HEREBY ORDERED** that the above entitled action be and hereby is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

/// end text ///

Submitted by:
Amanda E. Ulrich
CASPERSON ULRICH DUSITN PLLC
Attorneys for Plaintiff

*November 23, 2020*
*So ordered.*
*William G. Young*
*District Judge*